JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| FLOYD SCOTT, | CASE NUMBER: |
|---|---|
| Plaintiff, | CV 17-8822-JVS-KK |
| v. | **ORDER OF DISMISSAL** |
| T. KEITH, ET AL., | |
| Defendant(s). | |

On _____January 15, 2019_____ , the Court DENIED plaintiff's motion for reconsideration of the denial of his request to file the action without prepayment of the full filing fee. Plaintiff was ordered to pay the filing fees in full within thirty (30) days, and advised failure to do so would result in closure of the case.

Plaintiff has failed to timely pay the full filing fee. Accordingly, the case is hereby ordered DISMISSED. No further filings will be accepted under this case number.

IT IS ORDERED.

DATED:  June 7, 2019

_____
United States District Judge

Presented by:

_____
United States Magistrate Judge